# United States District Court



EASTERN **DISTRICT OF** CALIFORNIA

FEB 2 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

## ORDER SETTING CONDITIONS
## OF RELEASE

*Erik Alan Peterson*
Defendant

Case Number: 1:07-CR-00048-OWW

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified)_____

COURTROOM 3

U.S. DISTRICT COURT, JUDGE *Wanger* on *March 5, 2007  9:00AM*

Place

Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

**PETERSON, Erik Alan**
**Dkt. No. 07-048 OWW**     **ADDITIONAL CONDITIONS OF RELEASE**



Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )     (6)     The defendant is placed in the custody of:

Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
**CUSTODIAN OR PROXY**

(X)     (7)     The defendant shall:

(X)     (a)     you shall participate in the Curfew component of the home confinement program, and abide by all the requirements of the program which will include electronic monitoring, at your own expense.

(X)     (b)     you are restricted to your residence everyday from 9:00 p.m., to 5:00 a.m., or as otherwise directed by the PSO.

(X)     (c)     abide by the following restrictions on his personal associations, place of abode, or travel:
Reside at a residence approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to Kings & Fresno Counties, unless otherwise approved in advance by PSO.

(X)     (d)     you shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

(X)     (e)     report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations.

(X)     (f)     you shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the PSO;

(X)     (g)     you shall not use or possess a computer in your residence or at any other location unless otherwise approved by the PSO;

(X)     (h)     you shall not possess a firearm, destructive device, or other dangerous weapon;

(X)     (i)     the PSO shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;

( )     (j)     executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:

( )     (k)     post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:

( )     (l)     execute a bail bond with solvent sureties in the amount of $

(X)     (m)     you shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

(X)     (n)     surrender any passport to the Clerk, United States District Court.

(X)     (o)     obtain no passport during the pendency of this case.

(X)     (p)     report in person to the Pretrial Services Agency on the first working day following your release from custody.

(X)     (q)     you shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

(X)     (r)     you shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

( )     (s)     you shall participate in a computer restriction and monitoring program as directed by the PSO;

(X)     (t)     you shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
Telephone

## Directions to United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

(  )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:____2/21/07_____          _____
                                       Signature of Judicial Officer

                                       SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                       _____
                                       Name and Title of Judicial Officer