```
ALAN BAUM (#042160)
CRIMINAL DEFENSE ASSOCIATES
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871
alan.baum@emailcda.com

Attorney for Defendant,
ERIK ALAN PETERSON
```

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-F-07-0048-OWW |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| ERIK ALAN PETERSON, ) | |
| ) | |
| Defendant ) | |

   The Court hereby orders the request of Defendant, ERIK ALAN PETERSON, to substitute ALAN BAUM of CRIMINAL DEFENSE ASSOCIATES, as counsel of record.

IT IS SO ORDERED.

**Dated:   April 5, 2007**                                      **/s/ Oliver W. Wanger**

emm0d6                                                          UNITED STATES DISTRICT JUDGE