ALAN BAUM (SBN: 42160)
CRIMINAL DEFENSE ASSOCIATES
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone (800) 313-9619
Facsimile (818) 313-6871

Attorney for defendant,
ERIK ALAN PETERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | 1:07-CR-0048 OWW |
| Plaintiff, | ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE |
| vs. | |
| ERIK ALAN PETERSON, | |
| Defendant | |

Upon application in hope the Court, no opposition from the government, and good cause appearing therefore, IT IS HEREBY ORDERED that defendant's conditions of release be modified to allow him to travel to Los Angeles County in order to consult with his attorney, Alan Baum.

All other conditions of release shall remain the same.

IT IS SO ORDERED.

Dated:   April 27, 2007                                          /s/ Oliver W. Wanger
                                                                  UNITED STATES DISTRICT JUDGE

Order Modifying Conditions of Release - 1