DATE ALAN BAUM (SBN: 42160)
CRIMINAL DEFENSE ASSOCIATES
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone (800) 313-9619
Facsimile (818) 313-6871

Attorney for defendant
ERIK ALAN PETERSON

IN THE UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-CR-0048 OWW |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| ERIK ALAN PETERSON | |
| Defendant | |

The parties having stipulated and good cause appearing therefore IT IS HEREBY ORDERED THAT the status conference set for Tuesday, May 29, 2007 at 1:30am be re-scheduled to Monday, July 23, 2007 at 10:00am. The Court finds that the defendant has been advised of his rights under the Speedy Trial Act, 18 U.S.C. § 3161-3171, and the time between May 29, 2007 and July 23, 2007 is excluded from any Speedy Trial calculation.

DATED: 5/31/07                                    /s/ Oliver W. Wanger
                                                  United States District Judge